# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ARLEY O'NEIL, JR.; MICHELE O'NEIL; and the Estate of ELAINE O'NEIL, *Plaintiff* <br> v. <br> PUBLIC UTILITY DISTRICT NO. 2, et al., *Defendant* | Civil Action No. CV-13-158-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Complaint and the claims therein are dismissed without prejudice and without costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: July 3, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer